# Court of Appeals
# of the State of Georgia

ATLANTA,   April 10, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1414.  RONNIE LAVON SCOTT v. THE STATE.

After a jury trial, Ronnie Lavon Scott was convicted of possession of marijuana, fleeing or attempting to elude a police officer, tampering with evidence, and failure to maintain lane.  Scott filed a motion for new trial, which the trial court denied on April 16, 2012.  Scott filed his notice of appeal on November 29, 2012. We lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Scott's notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

We note, however, that Scott may be entitled to pursue an out-of-time appeal. He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):  This appeal has been dismissed because your counsel failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Scott and Scott's attorney, and the latter is also directed to send a copy to Scott.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 04/10/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*